WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
dnitz@wrightlegal.net
pdavis@wrightlegal.net
*Attorneys for Defendant The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JP Morgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 1st ONE HUNDRED INVESTMENT POOL, LLC, a Nevada limited liability company, | Case No.: 2:17-cv-01233-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR STAY AND EXTENDING DEADLINE FOR DEFENDANT BNY TO ANSWER THE COMPLAINT AND FOR PLAINTIFF TO FILE A MOTION FOR REMAND** |
| CARMEN J. ROSE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAPITOL COMMERCE MORTGAGE COMPANY; THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, fka THE BANK OF NEW YORK TRUST COMPANY N.A. as successor the JP MORGAN CHASE BANK, as Trustee for RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; SABLES, LLC; TAL ZISSU; THE 12017 OAKLAND HILLS DRIVE IRREVOCABLE TRUST; TAL XAVIER TRUST; XAVIER REYES; FASHION SHOW MALL, LLC; STATE OF NEVADA; SCOT OLIPHANT, AND DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **First Request** |
| Defendants. | |

Defendant The Bank of New York Mellon Trust Company, National Association, f/k/a The Bank of New York Trust Company N.A. as successor the JP Morgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc. ("BNY") and Plaintiff, 1st One Hundred Investment Pool, LLC ("Plaintiff), by and through their respective counsel of record, stipulate and agree to extend the time for BNY to file an Answer and for Plaintiff to file a Motion for Remand by 10 judicial days each, respectively in order to discuss potential settlement and proper forum of the case.

The current dates for filing an Answer and Motion for Remand are May 9, 2017 and June 1, 2017 respectively. The new deadline to Answer shall be May 23, 2017. The new deadline to file a Motion for Remand shall be June 15, 2017.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

This Stipulation is reached in good faith and not for purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this <u>9th</u> day of May, 2017 | DATED this <u>9th</u> day of May, 2017 |
| WRIGHT, FINLAY & ZAK, LLP | The Law Office of Vernon Nelson |
| <u>/s/*Patrick J. Davis*</u> | <u>/s/Vernon A. Nelson, Esq.</u> |
| Dana Jonathon Nitz, Esq. | Vernon A. Nelson, Jr., Esq. |
| Nevada Bar No. 0050 | 9480 S. Eastern Ave., Ste. 244 |
| Natalie C. Lehman, Esq. | Las Vegas, NV 89123 |
| Nevada Bar No. 12995 | *Attorney for Plaintiff, 1st One Hundred* |
| Patrick J. Davis, Esq. | *Investment Pool, LLC* |
| Nevada Bar No. 13330 | |
| 7785 W. Sahara Ave., Suite 200 | |
| Las Vegas, NV 89117 | |
| (702) 475-7964; Fax: (702) 946-1345 | |
| pdavis@wrightlegal.net | |
| *Attorney for Defendants, The Bank of New* | |
| *York Mellon Trust Company, National* | |
| *Association fka The Bank of New York Trust* | |
| *Company, N.A. as successor to JP Morgan* | |
| *Chase Bank, as Trustee for Residential* | |
| *Asset Mortgage Products, Inc.* | |

<u>**ORDER**</u>

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____May 11, 2017_____