VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1st ONE HUNDRED INVESTMENT POOL, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CARMEN J. ROSE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAPITOL COMMERCE MORTGAGE COMPANY; RESIDENTIAL FUNDING CORPORATION; THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION fka THE BANK OF NEW YORK TRUST COMPANY N.A. as successor to JPMORGAN CHASE BANK, as Trustee for RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; SABLES, LLC; TAL ZISSU; THE 12017 OAKLAND HILLS DRIVE IRREVOCABLE TRUST; TAL XAVIER TRUST; XAVIER REYES; FASHION SHOW MALL, LLC; STATE OF NEVADA; SCOT OLIPHANT; AND DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01233<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

Plaintiff 1st One Hundred Investment Pool LLC's, ("1st 100" or "Plaintiff") Motion for Attorney's Fees [ECF No. 41] came before this Court on September 13, 2017. Defendant Bank of New York Mellon Trust Company ("BNYM" or "Defendant") filed a response [ECF No. 42] on September 27, 2017. 1st 100 filed its reply [ECF No. 43] on October 4, 2017.

The Court having reviewed the papers and pleadings on file herein, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion for Attorney's Fees is hereby GRANTED IN PART AND DENIED IN PART;

2. Defendant is ORDERED to pay Plaintiff's attorney's fees in the amount of $6,250.00, within 30 days of the date this Order is filed;

3. Defendant is FURTHER ORDERED to pay Plaintiff's costs in the amount of $2,927.81, within 30 days of the date this Order is filed.

**ORDER**

**IT IS SO ORDERED**

DATED May 29, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| Dated this 24th day of May, 2018. | Dated this 24th day of May, 2018. |
| THE LAW OFFICE OF VERNON NELSON | WRIGHT, FINLAY & ZAK, LLP |
| /s/ Vernon A. Nelson | /s/ Robert A. Riether |
| VERNON A. NELSON, JR., ESQ.<br>Nevada Bar No.: 6434<br>MELISSA INGLEBY, ESQ.<br>Nevada Bar No.: 12935<br>9480 S. Eastern Avenue, Suite 252<br>Las Vegas, NV 89123<br>T: 702-476-2500 \| F: 702-476-2788<br>*Attorneys for Plaintiff Bruce E. Fox, II* | CHRISTOPHER A.J. SWIFT, ESQ.<br>Nevada Bar No.: 11291<br>ROBERT A. RIETHER, ESQ.<br>Nevada Bar No.: 12076<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant The Bank of New York* |

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, and Local Rule IC 4-1(d), I Danielle Alvarado hereby certify that on the 24th day of May, 2018, a copy of **[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**, was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

*/s/ Danielle Alvarado*
**An employee of**
**THE LAW OFFICE OF VERNON NELSON**