# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

1st One Hundred Investment Pool, LLC

      Plaintiff,

v.

Carmen J. Rose, et al.

      Defendant.

JUDGMENT IN A CIVIL CASE
for ATTORNEY FEES

Case Number: 2:17-cv-01233-JCM-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment on attorney fees are entered as follows:

Defendant is ORDERED to pay Plaintiff's attorney's fees in the amount of $6,250.00, within 30 days. Defendant is FURTHER ORDERED to pay Plaintiff's costs in the amount of $2,927.81, within 30 days.

5/29/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk